# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESIREE MARIN,                         Case No. 25-mj-248-DLM

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE GRAND JURY PRESENTMENT

This matter is before the Court on Defendant Desiree Marin's Unopposed Motion to Continue Grand Jury Presentment. The Court finds that by her motion the Defendant has created a sufficient record to justify granting the motion to continue. *See United States v. Toombs*, 574 F.3d 1262, 1271 (10th Cir. 2009). The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by allowing this continuance outweigh the best interest of the public and the Defendant in a speedy trial, by allowing Defendant to pursue a beneficial resolution of his case which would not entail the necessity for a grand jury presentment.

Now, therefore, IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Continue Grand Jury Presentment be granted, and that pursuant to 18 U.S.C. § 3161(h)(7)(A), an additional delay of thirty (30) days shall be excluded for purposes of the Speedy Trial Act.

_DAMIAN L. MARTÍNEZ_
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
Gia McGillivray
Assistant Federal Public Defender